UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FOREST LEE FATE                                        CIVIL ACTION

VERSUS                                                 NO. 07-5684

BRITT, OWNER OF HOTEL, ET AL.                          SECTION: "R"(5)

### ORDER

The Court, having reviewed *de novo* the complaint, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, IT IS ORDERED that plaintiff's claims against defendants, "Britt", "Larry", and Tony DeAngelo, who are identified as the owner, hotel manager and second-in-charge, respectively, of the St. Louis Hotel and the St. Ann Marie Antoinette Hotel in New Orleans, Louisiana, are DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(i).

New Orleans, Louisiana, this __5th__ day of November, 2007.

```
          _____
                 SARAH S. VANCE
           UNITED STATES DISTRICT JUDGE
```